## STANLEY V. TUCKER *v.* CITY OF HARTFORD
### (6632)

SPALLONE, STOUGHTON and NORCOTT, Js.

Argued December 6—decision released December 14, 1988

*Stanley V. Tucker,* pro se, the appellant (plaintiff).

*Lisa Silvestri,* deputy corporation counsel, with whom, on the brief, was *Richard M. Cosgrove,* corporation counsel, for the appellee (defendant).

PER CURIAM. There is no error.

## SAM PICCIONE, JR., ET AL. *v.* PAUL LIMONE ET AL.
### (6458)

SPALLONE, STOUGHTON and NORCOTT, Js.

Argued December 6—decision released December 14, 1988

*Thomas F. Brown,* for the appellants (defendants).

*Gerald H. Kahn,* for the appellees (plaintiffs).

PER CURIAM. There is no error.